**BLOOMFIELD LAW GROUP, INC.**
 **A Professional Corporation**
Neil Jon Bloomfield, Esq. (State Bar No. 052235)
901 E Street., Suite 100
San Rafael, CA  94901
Telephone: (415) 454-2294
Facsimile: (415) 457-5348

Attorney for Plaintiff Nader Shaterian

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NADER SHATERIAN,<br><br>           Plaintiff,<br><br>      vs.<br><br>WELLS FARGO BANK, NATIONAL ASSOCIATION;  CAL-WESTERN RECONVEYANCE CORPORATION; and DOES 1-50, Inclusive<br><br>           Defendants. | CASE NO.  C 11-00920 SC<br><br>**STIPULATION AND ORDER FOR CONTINUANCE OF HEARINGS ON NOTICED MOTIONS SCHEDULED FOR MAY 13, 2011**<br><br>**Date:     June 10, 2011**<br>**Time:    10:00 a.m.**<br>**Courtroom: 1, 17th Floor**<br>**Judge:   Honorable Samuel Conti** |

   Plaintiff's counsel has requested a continuance of the hearing and briefing dates of the four motions presently set for hearing on May 13, 2010 to June 10, 2011, due to his long-planned trip to New Zealand and a scheduling and briefing conflict which has arisen.  A Status Conference is presently set for June 10, 2011, and therefore the requested continuance of the motions to that same date is not only convenient to Plaintiff's counsel, but in the interests of judicial economy and convenience to all parties.  Wells Fargo Bank has agreed to the request, and the parties have stipulated to a continuance of the hearing and a briefing schedule as follows:

# STIPULATION

Plaintiff Nader Shaterian ("Plaintiff") and Defendant Wells Fargo Bank, N.A., ("Defendant"), by and through their respective counsel, hereby stipulate and request this Court to continue the scheduled hearings on (1) Plaintiff's Motion to Remand [*Dkt. No. 14*], (2) Defendant's Motion to Dismiss [*Dkt. No. 9*], (3) Defendant's Motion to Strike [*Dkt. No. 10*], and (4) Plaintiff's Motion for Preliminary Injunction [*Dkt. No. 16*] from Friday, May 13, 2009, at 10:00 a.m. to Friday, June 10, 2011, at 10:00 a.m. in Courtroom 1, 17th Floor, 450 Golden Gate Avenue, San Francisco, California, 94102.

No opposition papers have yet been filed with respect to the said motions. The parties have stipulated to the following schedule for the filing of opposition and reply papers: all opposition papers must be filed and served no later than May 13, 2011, (7 days earlier than the opposition due date under Local Rule 7-3(a)), and any reply papers must be filed and served no later than May 27, 2011 (pursuant to Local Rule 7-3(c)).

Dated: April 20, 2011

BLOOMFIELD LAW GROUP, INC.
A Professional Corporation

By: /s/ Neil Jon Bloomfield_____
    Neil Jon Bloomfield
Attorneys for Plaintiff Nader Shaterian


ANGLIN, FLEWELLING, RASMUSSEN,
CAMPBELL & TRYTTEN LLP

By: /s/ Viddell Lee Heard_____
    Viddell Lee Heard
Attorneys for Defendant Wells Fargo
Bank, National Association

**DECLARATION OF CONSENT**

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from the above-listed counsel for Defendant Wells Fargo Bank, N.A.

Dated: May 20, 2011

                                            /s/ Neil Jon Bloomfield_____
                                            Neil Jon Bloomfield

**ORDER**

PURSUANT TO STIPULATION OF THE PARTIES, IT IS HEREBY ORDERED that the hearings on (1) Plaintiff's Motion to Remand [*Dkt. No. 14*], (2) Defendant's Motion to Dismiss [*Dkt. No. 9*], (3) Defendant's Motion to Strike [*Dkt. No. 10*], and (4) Plaintiff's Motion for Preliminary Injunction [*Dkt. No. 16*] are continued from Friday, May 13, 2009, at 10:00 a.m. to Friday, June 10, 2011, at 10:00 a.m. in Courtroom 1, 17th Floor, 450 Golden Gate Avenue, San Francisco, California, 94102. Opposition papers on all motions are due May 13, 2011, and reply papers are due May 27, 2011.

Dated:   4/21/11



STIPULATION AND ORDER FOR CONTINUANCE OF HEARINGS