**BLOOMFIELD LAW GROUP, INC.**
 **A Professional Corporation**
Neil Jon Bloomfield, Esq. (State Bar No. 052235)
901 E Street., Suite 100
San Rafael, CA  94901
Telephone: (415) 454-2294
Facsimile: (415) 457-5348

Attorney for Plaintiff Nader Shaterian

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NADER SHATERIAN,        )<br>                         )<br>         Plaintiff,    )<br>                         )<br>     vs.                 )<br>                         )<br>WELLS FARGO BANK, NATIONAL )<br>ASSOCIATION;  CAL-WESTERN  )<br>RECONVEYANCE CORPORATION; )<br>and DOES 1-50, Inclusive )<br>                         )<br>         Defendants.    )<br>_____)  | CASE NO.  C 11-00920 SC<br><br>**STIPULATION AND FORM OF ~~PROPOSED~~ ORDER FOR CONTINUANCE OF OPPOSITION DUE DATE ON NOTICED MOTIONS SCHEDULED FOR JUNE 10, 2011 FROM MAY 13, 2011 TO MAY 18, 2011**<br><br>**Date:    June 10, 2011**<br>**Time:    10:00 a.m.**<br>**Courtroom: 1, 17th Floor**<br>**Judge:  Honorable Samuel Conti** |

 Plaintiff's counsel has requested a five day postponement of the presently set due date for pleadings herein otherwise due on May 13, 2011 from May 13, 2011 to May 18, 2011. The proposed reset date is still earlier than the opposition date normally flowing from the June 10, 2011 hearing date. There was by previous Stipulation and Order, dated April 22, 2011, [Dkt. No. 23], a continuance of the hearing dates, from the originally scheduled date of May 13, 2010 to June 10, 2011, of Plaintiff Nadar Shaterian's Motion (Amended) for a Preliminary Injunction (Dkt. Nos. 16 & 20); Plaintiff's Motion for Remand (Dkt. No. 14),  and Defendant Wells Fargo Bank, N.A.'s Motion to Strike (Dkt. No. 10) and Defendant Wells Fargo Bank, N.A.'s  Motion to Dismiss (Dkt No. 9)  and a stipulated new briefing schedule.  Pursuant to that Stipulation and Order, the parties agreed to a due date for

opposition (to all four motions) of May 13, 2011, which is 28 days prior to the date of the scheduled hearing and 7 days earlier than the 21 days required by Rule 7-3(b).  (The due date for any reply papers is May 27, 2011 – in conformity with Rule 703(c). and is not being changed).  At the request of plaintiff's counsel, the attorneys for all of the defendants have agreed that the due date for filing and service of opposition to all four motions shall be moved from Friday, May 13, 2011 to Wednesday, May 18, 2011 (which new date is 23 days prior to the date of the hearing and still in excess of the 21 days required by Rule 7-3(b)).  There is no requested change to the due date for filing and service of any reply papers, which is and remains May 27, 2011.

## STIPULATION

Plaintiff Nader Shaterian ("<u>Plaintiff</u>") and Defendants Wells Fargo Bank, N.A. and Cal-Western Reconveyance Corporation, (collectively, "<u>Defendants</u>"), by and through their respective counsel, hereby stipulate and request this Court to re-schedule the date by which any opposition to (1) Plaintiff's Motion to Remand [*Dkt. No. 14*], (2) Defendant's Motion to Dismiss [*Dkt. No. 9*], (3) Defendant's Motion to Strike [*Dkt. No. 10*], and (4) Plaintiff's (Amended) Motion for Preliminary Injunction [*Dkt. No. 16 & 20*] to Wednesday, May 18, 2011 (which date is 2 days earlier than the opposition due date under Local Rule 7-3(a)).  Any reply papers must be filed and served no later than May 27, 2011 (pursuant to Local Rule 7-3(c) and previous Stipulation and Order).

Dated:  May 13, 2011                              BLOOMFIELD LAW GROUP, INC.
                                                  A Professional Corporation
                                                  By:  <u>/s/ Neil Jon Bloomfield</u>
                                                       Neil Jon Bloomfield
                                                  Attorneys for Plaintiff Nader Shaterian

                                                  ANGLIN, FLEWELLING, RASMUSSEN,
                                                  CAMPBELL & TRYTTEN LLP
                                                   By: <u>/s/ Viddell Lee  Heard</u>
                                                       Viddell Lee Heard
                                                  Attorneys for Defendant Wells Fargo
                                                  Bank, National Association

                                                  WRIGHT, FINLAY & ZAK, LLP
                                                  By:  <u>/s/ Nicole K. Neff</u>
                                                       Nicole K. Neff, Esq.
                                                  Attorneys for Defendant Cal-Western
                                                  Reconveyance Corporation

**DECLARATION OF CONSENT**

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from the above-listed counsel for Defendants Wells Fargo Bank, N.A. and Cal-Western Reconveyance Corporation

Dated: May 13, 2011

                                                /s/ Neil Jon Bloomfield
                                                Neil Jon Bloomfield

(Proposed) **ORDER**

PURSUANT TO STIPULATION OF THE PARTIES, IT IS HEREBY ORDERED that the date by which opposition to (1) Plaintiff's Motion to Remand [*Dkt. No. 14*], (2) Defendant's Motion to Dismiss [*Dkt. No. 9*], (3) Defendant's Motion to Strike [*Dkt. No. 10*], and (4) Plaintiff's Amended Motion for Preliminary Injunction [*Dkt. No. 16& 20*] shall be filed and served is extended from May 13, 2011 to May 18, 2011.

Dated:   May 18, 2011



_____
Honorable Samuel Conti
United States District Judge

IT IS SO ORDERED
Judge Samuel Conti