Christopher A. Carr (Bar #44444)
  ccarr@afrct.com
Viddell Lee Heard (#175049)
  vheard@afrct.com
ANGLIN, FLEWELLING, RASMUSSEN,
  CAMPBELL & TRYTTEN LLP
199 S. Los Robles Ave., Ste. 600
Pasadena, CA  91101-2459
Tel: (626) 535-1900; Fax: (626) 577-7764

Attorneys for Defendant
WELLS FARGO BANK, N.A., successor
by merger with Wells Fargo Bank
Southwest, N.A., f/k/a Wachovia Mortgage,
FSB, f/k/a World Savings Bank, FSB ("Wells Fargo")

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| NADER SHATERIAN,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, NATIONAL ASSOCIATION; CAL-WESTERN RECONVEYANCE CORPORATION; and DOES 1-50, inclusive,<br><br>　　　　Defendants. | CASE NO.:  3:11-cv-00920-SC<br><br>[Assigned to the Honorable Samuel Conti., Courtroom 1]<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO SECOND AMENDED COMPLAINT**<br><br>Date:　　　September 2, 2011<br>Time:　　　10:00 a.m.<br>Courtroom: 1, 17th Floor |

Defendant Wells Fargo Bank, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., formerly known as Wachovia Mortgage, FSB, formerly known as World Savings Bank, FSB ("Wells Fargo") present the following stipulation extending the time for defendants to respond to Plaintiff Nader Shaterian's Second Amended Complaint.

**STIPULATION**

Plaintiff and defendant Wells Fargo, by and through their respective counsel, hereby stipulate and request the Court to approve that Wells Fargo shall have up to and including September 2, 2011 in which to respond to Plaintiff's Second Amended Complaint.

Respectfully submitted,

Dated:  August 19, 2011      ANGLIN, FLEWELLING, RASMUSSEN,
                             CAMPBELL & TRYTTEN LLP


By:   /s/ Viddell Lee Heard
        Viddell Lee Heard
Attorneys for Defendant
WELLS FARGO BANK, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB


Dated:  August 19, 2011      BLOOMFIELD LAW GROUP, INC.
                             A Professional Corporation


By:   /s/ Neil Jon Bloomfield
        Neil Jon Bloomfield
Attorneys for Plaintiff Nader Shaterian

**DECLARATION OF CONSENT**

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from the above-listed counsel for Plaintiff Neil Jon Bloomfield.

August 19, 2011

                                         */s/ Viddell Lee Heard*
                                         Viddell Lee Heard

1  **ORDER**

2  PURSUANT TO STIPULATION OF THE PARTIES, IT IS HEREBY ORDERED that

3  the stipulation to extend the time in which to respond to the Second Amended Complaint to

4  September 2, 2011 has been granted.

5  Dated:  8/22/11



_____
HONORABLE SAMUEL CONTI
UNITED STATES DISTRICT JUDGE

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 199 S. Los Robles Avenue, Suite 600, Pasadena, California  91101-2459.

On the date below, I served a copy of the following document entitled:

**STIPULATION TO EXTEND TIME TO RESPOND TO SECOND AMENDED COMPLAINT**

on all interested parties in said case addressed as follows:

**Served Electronically via Court's CM/ECF System:**

*Counsel for Plaintiff*

Neil Jon Bloomfield, Esq.
Randall L. Hornibrook, Esq.
BLOOMFIELD LAW GROUP, INC.
901 E. St., Ste. 100
San Rafael, CA  94901

njbloomfield@njblaw.com

Tel:  415.454.2294     Fax:  415.457.5348

*Counsel for Defendant,*

CAL-WESTERN RECONVEYANCE CORPORATION

Robin Prema Wright, Esq.
Nicole K. Neff, Esq.
WRIGHT, FINLAY & ZAK, LLP
4665 MacArthur Ct., Ste. 280
Newport Beach, CA  92660

Nicole Kimberly Neff
nneff@wrightlegal.net,
sbennett@wrightlegal.net

Robin Prema Wright
rwright@wrightlegal.net,
ggrant@wrightlegal.net

Tel:  949.477.5050     Fax:  949.477.9200

☐     **(BY MAIL):**  I am readily familiar with the firm's practice of collection and processing correspondence by mailing.  Under that same practice it would be deposited with U.S. Postal Service on that same day with postage fully prepaid at Pasadena, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.  This declaration is executed in Pasadena, California, on **August 19, 2011.**

| Christine Daniel | /s/ *Christine Daniel* |
|---|---|
| (Print name) | (Signature) |

95451/001003/00209837-2W:\LITIG\95451\000661\00212069.DOC

1

CASE NO.:  2:11-CV-2037-MCE-DAD
CERTIFICATE OF SERVICE