**BLOOMFIELD LAW GROUP, INC.**
 **A Professional Corporation**
Neil Jon Bloomfield, Esq. (State Bar No. 052235)
901 E Street., Suite 100
San Rafael, CA  94901
Telephone: (415) 454-2294
Facsimile: (415) 457-5348

Attorney for Plaintiff Nader Shaterian

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NADER SHATERIAN, | CASE NO.  C 11-00920 SC |
| Plaintiff, | |
| vs. | ~~PROPOSED~~ **ORDER ON STIPULATION** **[DOC #65] FOR CONTINUANCE OF** **OPPOSITION AND REPLY DUE DATES** **ON NOTICED MOTIONS SCHEDULED** **FOR OCTOBER 21, 2011** |
| WELLS FARGO BANK, NATIONAL ASSOCIATION;  CAL-WESTERN RECONVEYANCE CORPORATION; and DOES 1-50, Inclusive | |
| | **Date:    October 21, 2011** |
| Defendants. | **Time:  10:00 a.m.** |
| | **Courtroom: 1, San Francisco Courthouse** |
| | **Judge:  Hon. Samuel Conti** |

The parties continue to discuss possible settlement of this matter.  Earlier in September 2011, Defendant Wells Fargo was granted by stipulation a two-week extension (Doc #59) to respond to the Second Amended Complaint.  Plaintiff now seeks an extension to respond to Wells Fargo's Motion to Dismiss and Motion to Strike.  The parties have stipulated to extend Plaintiff's time to oppose these motions to October 3, 2011, and to extend Defendant's time to reply to opposition to these motions to October 11, 2011, and seek the Court's approval for these extensions. (Doc #65)

**STIPULATION**

Plaintiff Nader Shaterian ("Plaintiff") and Defendants Wells Fargo Bank, N.A. and Cal-Western Reconveyance Corporation, (collectively, "Defendants"), by and through their respective counsel,

1   hereby stipulate and request this Court to extend the date by which any opposition to (1) Defendant

2   Wells Fargo's Motion to Dismiss (Doc #60) and (2) Defendant Wells Fargo's Motion to Strike

3   Portions of Complaint (Doc #61) must be filed and served from September 16, 2011 to October 3,

4   2011.  The parties also stipulate and request the Court to extend the date by which any reply papers

5   must be filed and served from September 23, 2011 to October 11, 2011

6   Dated:  September 13, 2011                    BLOOMFIELD LAW GROUP, INC.
                                                  A Professional Corporation

8                                                 By: /s/ Neil Jon Bloomfield_____

9                                                     Neil Jon Bloomfield
                                                  Attorneys for Plaintiff Nader Shaterian

10

11                                                ANGLIN, FLEWELLING, RASMUSSEN,
                                                  CAMPBELL & TRYTTEN LLP

12

13                                                By: /s/ Viddell Lee Heard_____
                                                      Viddell Lee Heard

14                                                Attorneys for Defendant Wells Fargo
                                                  Bank, National Association

15

16                                                WRIGHT, FINLAY & ZAK, LLP

17

18                                                By: /s/ Nicole K. Neff_____
                                                      Nicole K. Neff, Esq.

19                                                Attorneys for Defendant Cal-Western
                                                  Reconveyance Corporation

20

21

22

23

24

25

26

27

28

PROPOSED ORDER ON STIPULATION EXTENDING OPPOSITION AND REPLY
DUE DATES ON MOTION TO DISMISS AND MOTION TO STRIKE

**DECLARATION OF CONSENT**

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from the above-listed counsel for Defendants Wells Fargo Bank, N.A. and Cal-Western Reconveyance Corporation

Dated: September 13, 2011

/s/ Neil Jon Bloomfield_____.
Neil Jon Bloomfield

PROPOSED ORDER ON STIPULATION EXTENDING OPPOSITION AND REPLY
DUE DATES ON MOTION TO DISMISS AND MOTION TO STRIKE

1

**ORDER**

2   PURSUANT TO STIPULATION OF THE PARTIES, IT IS HEREBY ORDERED that the date by

3   which opposition to (1) Defendant Wells Fargo's Motion to Dismiss (Doc #60) and (2) Defendant

4   Wells Fargo's Motion to Strike Portions of Complaint (Doc #61) shall be filed and served is extended

5   from September 16, 2011 to October 3, 2011.  The date by which any reply to opposition shall be

6   filed and served is extended from September 16, 2011 to October 11, 2011.

7   Dated:   September 20, 2011

8

9

10  Sam

    Unite

11



12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4