1    Christopher A. Carr (#44444)
        ccarr@afrct.com
2    Viddell Lee Heard (#175049)
        vheard@afrct.com
3    ANGLIN, FLEWELLING, RASMUSSEN,
        CAMPBELL & TRYTTEN LLP
4    199 S. Los Robles Ave., Suite 600
     Pasadena, California  91101-2459
5    Tel: (626) 535-1900
     Fax: (626) 577-7764
6
     Attorneys for Defendant
7    WELLS FARGO BANK, N.A., successor
      by merger with Wells Fargo Bank Southwest, N.A.,
8    f/k/a Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB

9

10                    UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12   NADER SHATERIAN,              )   CASE NO.  C 11-00920-SC
                                   )
13              Plaintiff,         )   [Assigned to the Honorable Judge Samuel Conti]
                                   )
14        vs.                      )   **STIPULATION AND ORDER FOR**
                                   )   **CONTINUANCE OF NOVEMBER 29, 2011**
15                                 )   **CASE MANAGEMENT CONFERENCE**
     WELLS FARGO BANK, NATIONAL    )
16   ASSOCIATION;  CAL-WESTERN     )
     RECONVEYANCE CORPORATION;     )
17   and DOES 1-50, Inclusive      )   Date:    to be reset
                                   )   Time:   to be reset
18              Defendants.        )   Courtroom:  1
19   _____ )

20

21        By this stipulation, the parties to this action request that the Court continue the Case

22   Management Conference in this action, currently scheduled for November 29, 2011, for

23   approximately 60 days.

24        The reasons for this request are as follows.  Underline{First}, the parties have recently been having

25   productive discussions regarding a potential settlement, and would like to direct their energies

26   toward those discussions in advance of the Case Management Conference.  Underline{Second}, the parties are

27   continuing to analyze the Court's November 7, 2011 Order regarding the motion to dismiss and to

28   determine the Order's effect on various case management and settlement issues.  Underline{Third}, defendant

                                         1

1   Cal-Western Reconveyance Corporation filed a Declaration of Non-Monetary Status prior to the

2   case being removed to Federal Court. Plaintiff contends that this Declaration was not effective to

3   make Cal-Western a Nominal Party, because the case was removed to Federal Court before 15 days

4   had passed from the date the Declaration was filed, and Plaintiff subsequently filed an Objection to

5   the Declaration of Non-Monetary Status (Doc #15).  Cal-Western filed a Reply to this opposition

6   (Doc. #36), but the Court has not ruled as to whether Cal-Western is or is not a nominal party.

7   _Fourth_, Nicole Neff of the Wright Finley firm, counsel for defendant Cal Western, is on her

8   honeymoon until November 30, and it is desired that she participate in the conference and the

9   parties' other discussions.

10   **STIPULATION**

11        Plaintiff Nader Shaterian ("Plaintiff") and Defendants Wells Fargo Bank, N.A. and Cal-

12   Western Reconveyance Corporation, by and through their respective counsel, hereby stipulate and

13   request this Court continue the Case Management Conference currently scheduled for November

14   21, 2011 for approximately 60 days, with a corresponding continuance for the filing of a joint Case

15   Management Statement.

16   Dated:  November 21, 2011                    ANGLIN, FLEWELLING, RASMUSSEN,
                                                  CAMPBELL & TRYTTEN LLP
17

18                                               By:  _/s/ Viddell Lee Heard_____
                                                      Viddell Lee Heard
19                                               Attorneys for Defendant Wells Fargo
                                                 Bank, National Association
20

21                                               BLOOMFIELD LAW GROUP, INC.
                                                 A Professional Corporation
22

23                                               By:  _/s/ Neil Jon Bloomfield_____
                                                      Neil Jon Bloomfield
24                                               Attorneys for Plaintiff Nader Shaterian
                                                 WRIGHT, FINLAY & ZAK, LLP
25

26                                               By:  _/s/  Nicole K. Neff_____
                                                      Nicole K. Neff, Esq.
27                                               Attorneys for Defendant Cal-Western
                                                 Reconveyance Corporation
28

**DECLARATION OF CONSENT**

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from the above-listed counsel for Defendants Wells Fargo Bank, N.A. and Cal-Western Reconveyance Corporation

Dated:   November 21, 2011

_____*/s/  Viddell Lee Heard*_____
Viddell Lee Heard

---

3

STIPULATION AND ORDER EXTENDING OPPOSITION AND REPLY DUE DATES
ON MOTION TO DISMISS AND MOTION TO STRIKE

**ORDER**

PURSUANT TO STIPULATION OF THE PARTIES, IT IS HEREBY ORDERED that the Case

Management Conference currently scheduled for November 21, 2011 is continued to __2/10_____,

2012 at ~~9:00~~ 10:00 a.m.


Dated: ___11/22/12_____

_____
San ~~~~~~~~~~~~
Unit ~~~~~~~~~~~~ dge

IT IS SO ORDERED

Judge Samuel Conti

STIPULATION AND ORDER EXTENDING OPPOSITION AND REPLY DUE DATES
ON MOTION TO DISMISS AND MOTION TO STRIKE

## CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 199 S. Los Robles Avenue, Suite 600, Pasadena, California 91101-2459.

On the date below, I served a copy of the following documents entitled:

**STIPULATION AND ORDER FOR CONTINUANCE OF NOVEMBER 29, 2011 CASE MANAGEMENT CONFERENCE**

on all interested parties in said case addressed as follows:

*Served Electronically Via The Court's CM/ECF System:*

| *Counsel for Plaintiff* | *Counsel for Defendant,* |
|---|---|
| Neil Jon Bloomfield, Esq. | *CAL-WESTERN RECONVEYANCE* |
| Randall L. Hornibrook, Esq. | *CORPORATION* |
| BLOOMFIELD LAW GROUP, INC. | |
| 901 E. St., Ste. 100 | Robin Prema Wright, Esq. |
| San Rafael, CA 94901 | Nicole K. Neff, Esq. |
| | WRIGHT, FINLAY & ZAK, LLP |
| Tel: 415.454.2294    Fax: 415.457.5348 | 4665 MacArthur Ct., Ste. 280 |
| njbloomfield@njblaw.com | Newport Beach, CA 92660 |
| | Tel: 949.477.5050    Fax: 949.477.9200 |
| | rwright@wrightlegal.net |
| | nneff@wrightlegal.net |

☐ **BY MAIL:** By placing the envelope for collection and mailing following our ordinary business practices. I am readily familiar with the firm's practice of collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in Pasadena, California, in sealed envelopes with postage fully thereon.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. This declaration is executed in Pasadena, California, on **November 21, 2011.**

| Christine L. Daniel | /s/  Christine L. Daniel |
|---|---|
| (Print name) | (Signature) |