Christopher A. Carr (#44444)
  ccarr@afrct.com
Viddell Lee Heard (#175049)
  vheard@afrct.com
ANGLIN, FLEWELLING, RASMUSSEN,
  CAMPBELL & TRYTTEN LLP
199 S. Los Robles Ave., Suite 600
Pasadena, California  91101-2459
Tel: (626) 535-1900
Fax: (626) 577-7764

Attorneys for Defendant
WELLS FARGO BANK, N.A., successor
 by merger with Wells Fargo Bank Southwest, N.A.,
f/k/a Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NADER SHATERIAN, | CASE NO.  C 11-00920-SC |
| Plaintiff, | [Assigned to the Honorable Judge Samuel Conti] |
| vs. | **STIPULATION AND ORDER FOR CONTINUANCE OF NOVEMBER 29, 2011 CASE MANAGEMENT CONFERENCE** |
| WELLS FARGO BANK, NATIONAL ASSOCIATION;  CAL-WESTERN RECONVEYANCE CORPORATION; and DOES 1-50, Inclusive | Date:    to be reset<br>Time:   to be reset |
| Defendants. | Courtroom:  1 |

By this stipulation, the parties to this action request that the Court continue the Case Management Conference in this action, currently scheduled for November 29, 2011, for approximately 60 days.

The reasons for this request are as follows.  <u>First</u>, the parties have recently been having productive discussions regarding a potential settlement, and would like to direct their energies toward those discussions in advance of the Case Management Conference.  <u>Second</u>, the parties are continuing to analyze the Court's November 7, 2011 Order regarding the motion to dismiss and to determine the Order's effect on various case management and settlement issues.  <u>Third</u>, defendant

1

Cal-Western Reconveyance Corporation filed a Declaration of Non-Monetary Status prior to the case being removed to Federal Court. Plaintiff contends that this Declaration was not effective to make Cal-Western a Nominal Party, because the case was removed to Federal Court before 15 days had passed from the date the Declaration was filed, and Plaintiff subsequently filed an Objection to the Declaration of Non-Monetary Status (Doc #15).  Cal-Western filed a Reply to this opposition (Doc. #36), but the Court has not ruled as to whether Cal-Western is or is not a nominal party.

<u>Fourth</u>, Nicole Neff of the Wright Finley firm, counsel for defendant Cal Western, is on her honeymoon until November 30, and it is desired that she participate in the conference and the parties' other discussions.

## **STIPULATION**

Plaintiff Nader Shaterian ("Plaintiff") and Defendants Wells Fargo Bank, N.A. and Cal-Western Reconveyance Corporation, by and through their respective counsel, hereby stipulate and request this Court continue the Case Management Conference currently scheduled for November 21, 2011 for approximately 60 days, with a corresponding continuance for the filing of a joint Case Management Statement.

Dated:  November 21, 2011                ANGLIN, FLEWELLING, RASMUSSEN,
                                                                    CAMPBELL & TRYTTEN LLP

                                                              By:  */s/ Viddell Lee Heard*
                                                                    Viddell Lee Heard
                                                              Attorneys for Defendant Wells Fargo
                                                              Bank, National Association

                                                              BLOOMFIELD LAW GROUP, INC.
                                                              A Professional Corporation


                                                              By:  */s/ Neil Jon Bloomfield*
                                                                    Neil Jon Bloomfield
                                                              Attorneys for Plaintiff Nader Shaterian
                                                              WRIGHT, FINLAY & ZAK, LLP


                                                              By:  */s/  Nicole K. Neff*
                                                                    Nicole K. Neff, Esq.
                                                              Attorneys for Defendant Cal-Western
                                                              Reconveyance Corporation

**DECLARATION OF CONSENT**

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from the above-listed counsel for Defendants Wells Fargo Bank, N.A. and Cal-Western Reconveyance Corporation

Dated:   November 21, 2011

                                                  */s/   Viddell Lee Heard*
                                                  Viddell Lee Heard

**ORDER**

PURSUANT TO STIPULATION OF THE PARTIES, IT IS HEREBY ORDERED that the Case Management Conference currently scheduled for November 21, 2011 is continued to __2/10__, 2012 at ~~9:00~~ 10:00 a.m.

Dated: __11/22/12__

_____
Sam[ual Conti]
United States District Judge

IT IS SO ORDERED
Judge Samuel Conti

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 199 S. Los Robles Avenue, Suite 600, Pasadena, California 91101-2459.

On the date below, I served a copy of the following documents entitled:

**STIPULATION AND ORDER FOR CONTINUANCE OF NOVEMBER 29, 2011 CASE MANAGEMENT CONFERENCE**

on all interested parties in said case addressed as follows:

*Served Electronically Via The Court's CM/ECF System:*

| *Counsel for Plaintiff* | *Counsel for Defendant,* |
|---|---|
| Neil Jon Bloomfield, Esq.<br>Randall L. Hornibrook, Esq.<br>BLOOMFIELD LAW GROUP, INC.<br>901 E. St., Ste. 100<br>San Rafael, CA  94901<br><br>Tel: 415.454.2294    Fax: 415.457.5348<br>njbloomfield@njblaw.com | *CAL-WESTERN RECONVEYANCE CORPORATION*<br><br>Robin Prema Wright, Esq.<br>Nicole K. Neff, Esq.<br>WRIGHT, FINLAY & ZAK, LLP<br>4665 MacArthur Ct., Ste. 280<br>Newport Beach, CA  92660<br><br>Tel: 949.477.5050    Fax: 949.477.9200<br>rwright@wrightlegal.net<br>nneff@wrightlegal.net |

☐   **BY MAIL:**  By placing the envelope for collection and mailing following our ordinary business practices. I am readily familiar with the firm's practice of collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in Pasadena, California, in sealed envelopes with postage fully thereon.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. This declaration is executed in Pasadena, California, on **November 21, 2011.**

| Christine L. Daniel | /s/   Christine L. Daniel |
|---|---|
| (Print name) | (Signature) |