WRIGHT, FINLAY & ZAK, LLP
Robin P. Wright, Esq., SBN 150984
Nicole K. Neff, Esq., SBN 257964
4665 MacArthur Court, Suite 280
Newport Beach, CA 92660 *(Shaterian/Stipulation for Dismissal)*
Tel: (949) 477-5050; Fax: (949) 608-9142
rwright@wrightlegal.net; nneff@wrightlegal.net

Attorneys for Defendant,
CAL-WESTERN RECONVEYANCE CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NADER SHATERIAN,<br><br>                          Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A.; CAL-WESTERN RECONVEYANCE CORPORATION<br><br>                          Defendants. | Case No: 3:11-cv-00920- SC<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>**And**<br><br>[~~PROPOSED~~] ORDER |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiff Nader Shaterian by and through his counsel of record, Neil Jon Bloomfield of Bloomfield Law Group, Inc. and Defendant Cal-Western Reconveyance Corporation by and through its counsel of record, Nicole K. Neff of Wright, Finlay & Zak, LLP,

-1-

JOINT STIPULATION OF DISMISSAL BETWEEN DEFENDANT CAL-WESTERN RECONVEYANCE CORPORATION AND PLAINTIFF ONLY WITH MUTUAL WAIVER OF COSTS AND ATTORNEYS FEES.

1

2  hereby stipulate that Defendant Cal-Western Reconveyance Corporation be

3  dismissed from the action, with prejudice. The two stipulating parties have

4  reached an acceptable resolution of all differences among them related to this

5  action. Each party to this stipulation will bear its own costs, expenses, and

6  attorneys' fees incurred in the dispute each as to the other.

7

8                                                    BLOOMFIELD LAW GROUP, INC.

9

10  Dated: March __7__, 2012           By: _____

11                                                    Neil Jon Bloomfield, Esq.
                                                       Attorney for Plaintiff, NADER
12                                                    SHATERIAN

13

14                                                    WRIGHT, FINLAY & ZAK, LLP

15

16  Dated: March __7__, 2012           By: _____

17                                                    Robin P. Wright, Esq.
                                                       Nicole K. Neff, Esq.
18                                                    Attorneys for Defendant, CAL-WESTERN
                                                       RECONVEYANCE CORPORATION
19

20

21

22

23      **IT IS SO ORDERED.**

24  Date: ___3/13/12___

25                                                    _____
                                                       The Honorable _____ Court Judge
26

27

28

-2-

JOINT STIPULATION OF DISMISSAL BETWEEN DEFENDANT CAL-
WESTERN RECONVEYANCE CORPORATION AND PLAINTIFF ONLY
WITH MUTUAL WAIVER OF COSTS AND ATTORNEYS FEES.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## PROOF OF SERVICE

I, Steven E. Bennett, declare as follows:

I am employed in the County of Orange, State of California. I am over the age of eighteen (18) and not a party to the within action. My business address is 4665 MacArthur Court, Suite 280, Newport Beach, California 92660. I am readily familiar with the practices of Wright, Finlay & Zak, LLP, for collection and processing of correspondence for mailing with the United States Postal Service. Such correspondence is deposited with the United States Postal Service the same day in the ordinary course of business.

On March 7, 2012, I served the within **JOINT STIPUATION OF DISMISSAL WITH PREJUDICE And [PROPOSED] ORDER** on all interested parties in this action as follows:

[X]     by placing [ ] the original [X] a true copy thereof enclosed in sealed envelope(s) addressed as follows:

> BLOOMFIELD LAW GROUP, INC.
> Neil Jon Bloomfield
> Randall L. Hornibrook
> 901 E Street, Suite 100
> San Rafael, California 94901
> 415-454-2294 / F: 415-457-5348
> ***Attorney for Plaintiff, Nader Shaterian***
>
> **Christopher Alan Carr**
> Anglin, Flewelling Rasmussen Campbell & Trytten, LLP
> **Christopher Alan Carr**
> 199 S. Los Robles Avenue
> Suite 600
> Pasadena, CA 91101-2459
> (626) 535-1900
> Fax: (626) 577-7764
> Email: ccarr@afrct.com
> ***Attorney for Defendant, Wells Fargo Bank National Association***

[X]     (BY MAIL SERVICE) I placed such envelope(s) for collection to be mailed on this date following ordinary business practices.

[ ]     (BY PERSONAL SERVICE) I caused to be delivered such envelope by hand delivered to the office of the addressee.

[ ]     (BY ELCTRONIC SERVICE) Pursuant to CM/ECF System, registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities. The Court's CM/ECF systems sends an e-mail notification of the filing to the parties and counsel of record listed above who are registered with the Court's EC/ECF system.

1  [ ]   (BY NORCO DELIVERY SERVICES - NEXT DAY DELIVERY) I placed true and correct

2        copies of thereof enclosed in a package designated by Norco Delivery Services with the delivery

3        fees provided for.

   [X]   (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at

4        whose direction the service was made.

5        I declare under penalty of perjury under the laws of the United States of America that the
         foregoing is true and correct.

6
         Executed on March 7, 2012, at Newport Beach, California.

7

8

9        _____

10       Steven E. Bennett

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28