**BLOOMFIELD LAW GROUP, INC.**
 **A Professional Corporation**
Neil Jon Bloomfield, Esq. (SBN 052235)
Randall L. Hornibrook, Esq. (SBN 248270)
901 E Street., Suite 100
San Rafael, CA  94901
Telephone: (415) 454-2294
Facsimile: (415) 457-5348

Attorneys for Plaintiff Nader Shaterian

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NADER SHATERIAN, | CASE NO.  C 11-00920 SC |
| Plaintiff, | **STIPULATION FOR DISMISSAL WITH PREJUDICE AND WITHOUT COSTS TO PLAINTIFF OR DEFENDANT** |
| vs. | |
| WELLS FARGO BANK, NATIONAL ASSOCIATION;  CAL-WESTERN RECONVEYANCE CORPORATION; and DOES 1-50, Inclusive | **And** |
| | **[~~PROPOSED~~] ORDER** |
| Defendants. | |

    Pursuant to a June 2012 written settlement agreement between the Plaintiff Nader Shaterian and Defendant Wells Fargo Bank, N.A. (the sole remaining defendant in these proceedings) IT IS HEREBY STIPULATED AND AGREED by the parties hereto, by and through their respective counsel of record as follows:

---

**Stipulation for Dismissal and Order for Dismissal Based on Stipulation**

1

The complaint of plaintiff Nader Shaterian shall be voluntarily dismissed with prejudice, with each party to bear its own fees and costs pursuant to Federal Rules of Civil Procedure Rule 41 (a) (2).

IT IS SO STIPULATED.

Dated: June    2012                                    BLOOMFIELD LAW GROUP, INC., PC

                                                       By: /s/ Neil Jon Bloomfield_____
                                                           Neil Jon Bloomfield
                                                           Attorneys for Plaintiff
                                                           NADER SHATERIAN

                                                       ANGLIN, FLEWELLING, RASMUSSEN,
                                                       CAMPBELL & TRYTTEN LLP

                                                       By: /s/ Viddell Lee Heard
                                                           Viddell Lee Heard
                                                           Attorneys for Defendant WELLS
                                                           FARGO BANK, N.A.

## Order

Pursuant to the above Stipulation of Counsel, IT IS SO ORDERED.

Dated:  ____6/18_____, 2012            _____
                                            Honorable
                                            Judge, United States District Court

                                            IT IS SO ORDERED
                                            Judge Samuel Conti

**Stipulation for Dismissal and Order for Dismissal Based on Stipulation**

2